UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
AGNES ROBERTS,

                Plaintiff,

     -against-                                     20-cv-8030 (LAK)

C.R. BARD INCORPORATED, et al.,

                Defendant(s).
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       A suggestion of death having been filed and served on plaintiff's counsel on October 20, 2021 and no motion for substitution having been made within 90 days after the date of such service by any party or by the decedent's successor or representative, it is hereby

       ORDERED, pursuant to Fed. R. Civ. P. 25(a)(1), that this action is dismissed. The Clerk shall close the case.

Dated: January 20, 2022

                                                                                 Lewis A. Kaplan
                                                       United States District Judge